**Order entered April 22, 2022**



**In The**

### Court of Appeals
### Fifth District of Texas at Dallas

#### No. 05-21-00846-CV

**A-RENT TEST EQUIPMENT, LLC, Appellant**

**V.**

**SHERMCO INDUSTRIES, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-16200**

#### ORDER

Before the Court is appellee's April 20, 2022 unopposed second motion for an extension of time to file its brief. We **GRANT** the motion and extend the time to **May 23, 2022**. We caution appellee that further extension requests will be disfavored.

/s/    CRAIG SMITH
JUSTICE